ARNOLD & PORTER LLP
TRENTON H. NORRIS (No. 164781)
trent.norris@aporter.com
MONTY AGARWAL (No. 191568)
monty.agarwal@aporter.com
GINAMARIE CAYA (No. 279070)
ginamarie.caya@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

BOWIE & JENSEN, LLC
JOSHUA A. GLIKIN (admitted *pro hac vice*)
glikin@bowie-jensen.com
29 W. Susquehanna Avenue, Suite 600
Towson, MD 21204
Telephone:    410-583-2400
Facsimile:    410-583-2437

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH PREWITT AND LAREN BARRY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>SAFEWAY INC., a California Corporation and DOES 1 through 50<br><br>            Defendant. | Case No.: 16-CV-02753-MCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAFEWAY INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S SUR-REPLY TO PLAINTIFF'S MOTION TO REMAND AND DECLARATIONS IN SUPPORT THEREOF**<br><br>Date:    July 22, 2016<br>Time:    9:00 a.m.<br>Place:   Courtroom 7<br>Judge:  Hon. Maxine M. Chesney |

1   Pursuant to Civil Local Rule 79-5, Defendant Safeway Inc. has filed an Administrative

2   Motion to File Under Seal Portions of its Sur-Reply to Plaintiff's Motion to Remand and

3   Declaration in Support thereof.

4   Good cause appearing therefor, Defendant Safeway Inc.'s Administrative Motion to File

5   Under Seal is hereby GRANTED. The ~~Court ORDERS that the~~ following documents or portions of

6   documents, ~~be~~ shall remain filed under seal:

| Document | Portion to be filed under seal |
|---|---|
| Safeway's Sur-reply to Plaintiff's Motion to Remand | Page 3, line 21 |
| | Page 3, lines 23 - 28 |
| | Page 5, lines 4 - 8 |
| Declaration of Michael Redgrave | Paragraph 3 |
| | Paragraph 4 |
| | Paragraph 6 |
| | Paragraph 7 |

DATED: _____July 6_____, 2016

_____
Hon. Maxine M. Chesney
United States District Court Judge

- 1 -
[PROPOSED] ORDER GRANTING
DEFENDANT SAFEWAY INC.'S ADMINISTRATIVE MOTION TO SEAL
16-CV-02753-MCC