UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH PREWITT and LAUREN BARRY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 16-cv-02753-MMC<br><br>[Hon. Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Action Filed: April 13, 2016<br>Date of Removal: May 20, 2016 |

**[PROPOSED] ORDER**

The Court, having read and considered ~~all~~ plaintiffs' moving papers, ~~and all other matters presented~~ and finding good cause for the relief sought therein, ~~to the Court,~~ hereby **GRANTS** Plaintiff Rebekah Prewitt and Lauren Barry's ("Plaintiffs'") Motion to Remove Incorrectly Filed Documents.

Accordingly, ECF No. 34 and its attachments, shall be permanently removed from ECF, and plaintiffs are hereby DIRECTED to file, on or before July 11, 2016, said document and attachments under seal.*

**IT IS SO ORDERED.**

DATED: July 6, 2016

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

* On July 1, 2016, plaintiffs, without seeking and receiving prior leave of court, filed in the public record a version of the above-referenced documents in which defendant's confidential material was redacted. Plaintiffs are hereby advised that any future filing of a redacted version of a document must be accompanied by a motion to file the redacted portion(s) under seal. See Civil L.R. 79-5(d),(e).