UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH PREWITT and LAUREN BARRY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 16-cv-02753-MMC<br><br>[Hon. Maxine M. Chesney]<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO FILE BRIEF RESPONSE TO SAFEWAY'S SUR-REPLY TO PLAINTIFFS' MOTION TO REMAND<br><br>Action Filed: April 13, 2016<br>Date of Removal: May 20, 2016 |

# [PROPOSED] ORDER

Pursuant to Civil Local Rule 79-5, Plaintiffs Rebekah Prewitt and Lauren Barry ("Plaintiffs") filed an Administrative Motion to File Under Seal Portions of Plaintiffs' Motion to File a Brief Response to Safeway's Sur-Reply to Plaintiff's Motion to Remand.

Good cause appearing therefor, Plaintiffs' Administrative Motion to File Under Seal is hereby **GRANTED**.  The following documents or portions of documents shall remain under seal:

| Document | Portion under seal |
|---|---|
| Plaintiffs' Motion to File a Brief Response to Safeway's Sur-Reply to Plaintiff's Motion to Remand.  ECF No. 35. | Page 3, lines 3-9, 12-14, and 16; and Page 4, lines 8-10, 17-19, and 21. |

DATED: July 11, 2016

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE