THE WAND LAW FIRM
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

Counsel for Plaintiffs Rebekah Prewitt and Lauren Barry

BOWIE & JENSEN, LLC
JOSHUA A. GLIKIN (admitted pro hac vice)
glikin@bowie-jensen.com
29 W. Susquehanna Avenue, Suite 600
Towson, Maryland 21204
Telephone:   410-583-2400
Facsimile:    410-583-2437

ARNOLD & PORTER LLP
TRENTON H. NORRIS (No. 164781)
trent.norris@aporter.com
GINAMARIE CAYA (No. 279070)
ginamarie.cayw@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH PREWITT and LAUREN BARRY, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAFEWAY, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 16-cv-02753-MMC<br><br>[Hon. Maxine M. Chesney]<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  Plaintiffs Rebekah Prewitt and Lauren Barry ("Named Plaintiffs") and Defendant Safeway,
2  Inc. ("Safeway") (collectively, "the Parties"), in the action *Prewitt, et al. v. Safeway, Inc.*, Case
3  No. 16-cv-02753-MMC (N.D. Cal.), by and through their respective counsel of record, hereby
4  stipulate that the above-captioned action be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),
5  with prejudice as to Named Plaintiffs' individuals claims, and without prejudice as to any claims
6  of putative class members.

8  DATED: August 18, 2016            Respectfully submitted,
9                                     THE WAND LAW FIRM

11                                    By: /s/ Aubry Wand
                                          AUBRY WAND

13                                    Counsel for Plaintiffs Rebekah Prewitt and Lauren Barry

14 DATED: August 18, 2016            Respectfully submitted,
15                                    ARNOLD & PORTER LLP

17                                    By: /s/ Ginamarie Caya

18                                    Counsel for Defendant Safeway, Inc.

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: August 18, 2016              **THE WAND LAW FIRM**


                                    By:   /s/ Aubry Wand

                                    Counsel for Plaintiffs Rebekah Prewitt and Lauren Barry